UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
 §
HRISTO SABCHEV § Case No. 17-37901
 §
 Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/24/2018 in Courtroom 742,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/07/2018          By: /s/ Ronald R. Peterson
                                         Trustee


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL  60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
HRISTO SABCHEV § Case No. 17-37901
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,500.00 |
| and approved disbursements of | $ | 780.00 |
| leaving a balance on hand of[1] | $ | 3,720.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,125.00 | $ 0.00 | $ 1,125.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,125.00 |
| Remaining Balance | | $ | 2,595.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,638.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 4,751.24 | $ 0.00 | $ 225.66 |
| 2 | Capital One Bank (Usa), N.A. | $ 6,420.35 | $ 0.00 | $ 304.93 |
| 3 | Capital One Bank (Usa), N.A. | $ 3,769.06 | $ 0.00 | $ 179.01 |
| 4 | Capital One Bank (Usa), N.A. | $ 412.51 | $ 0.00 | $ 19.59 |
| 5 | Citibank, N.A. | $ 6,030.62 | $ 0.00 | $ 286.42 |
| 6 | Citibank, N.A. | $ 5,440.22 | $ 0.00 | $ 258.38 |
| 7 | Td Bank, Usa | $ 3,612.39 | $ 0.00 | $ 171.57 |
| 8 | Portfolio Recovery Associates, Llc | $ 4,127.71 | $ 0.00 | $ 196.04 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | $ 2,509.43 | $ 0.00 | $ 119.18 |
| 10 | Pyod, Llc Its Successors And Assigns As Assignee | $ 3,144.48 | $ 0.00 | $ 149.34 |
| 11 | Dell Financial Services, Llc | $ 1,473.92 | $ 0.00 | $ 70.00 |
| 12 | Portfolio Recovery Associates, Llc | $ 5,389.43 | $ 0.00 | $ 255.97 |
| 13 | Portfolio Recovery Associates, Llc | $ 6,363.37 | $ 0.00 | $ 302.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Synchrony Bank / Paypal Credit | $ 1,193.63 | $ 0.00 | $ 56.69 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,595.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Ronald R. Peterson
Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HRISTO SABCHEV, | ) | CASE NO. 17-37901 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | Hearing: October 24, 2018 |
| | ) | 10:30 a.m. |

## CERTIFICATE OF SERVICE

I, Ronald R. Peterson, an attorney, certify that on Friday, September 7, 2018, I caused a copy of the foregoing **Notice Of Trustee's Final Report And Applications For Compensation And Deadline To Object (NFR)** to be served upon each of the parties listed on the attached Service List via electronic mail through the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.



/s/ *Ronald R. Peterson*
Ronald R. Peterson

## SERVICE LIST

*In re Hristo Sabchev*
Case No. 17-37901

**VIA ECF NOTIFICATION:**

- Joel S Hymen     jhymen@tds.net
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Ronald R Peterson     rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com

**VIA U.S. MAIL:**

Capital One Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chase Card
Attn: Correspondence Dept.
PO Box 15298
Wilmington, DE 19850-5298

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Citibank/Best Buy
Centralized Bk/Citicorp Credit Srvs.
PO Box 790040
St Louis, MO 63179-0040

Citibank/The Home Depot
Citicorp Cr Srvs/Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Citicards Cbna
Citicorp Credit Svc. Bankrupt
PO Box 790040
Saint Louis, MO 63179-0040

Dell Financial Services
P O Box 81577
Austin, TX 78708-1577

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
PO Box 3025
New Albany, OH 43054-3025

Loancare Servicing Ctr.
3637 Sentara Way
Virginia Beach, VA 23452-4262

Northstar Credit Union
3S555 Winfield Rd
Warrenville, IL 60555-3148

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Santander Consumer USA
PO Box 961245
Fort Worth, TX 76161-0244

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams Club
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

TD Bank, USA
by American InfoSource LP as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118-7901

Target
C/O Financial & Retail Srvs.
Mailstop BT POB 9475
Minneapolis, MN 55440-9475

Visa Dept. Store /Macy's
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040-8053

Hristo Sabchev
719 Bayside Ct.
Wheeling, IL 60090-5305

Joel S. Hymen
Hymen & Blair PC
1411 McHenry Rd., Suite 125
Buffalo Grove, IL 60089-1386

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604-2027