UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
 §
 §
HRISTO SABCHEV § Case No. 17-37901
 §
 §
 Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 163,900.00 *(Without deducting any secured claims)* | Assets Exempt: 21,780.00 |
| Total Distributions to Claimants: 2,595.00 | Claims Discharged Without Payment: 292,936.36 |
| Total Expenses of Administration: 1,905.00 | |

3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 156,441.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,905.00 | 1,905.00 | 1,905.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 84,452.00 | 54,638.36 | 54,638.36 | 2,595.00 |
| **TOTAL DISBURSEMENTS** | $ 240,893.00 | $ 56,543.36 | $ 56,543.36 | $ 4,500.00 |

4) This case was originally filed under chapter 7 on 12/22/2017 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/14/2019            By:/s/RONALD R. PETERSON
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Volvo Vnl64t670 Mileage: 2,027,601 Valuation By United | 1129-000 | 4,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 4,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Loancare Servicing Ctr, 3637 Sentara Way Virginia Beach, VA 23452 | | 155,322.00 | NA | NA | 0.00 |
| | Santander Consumer USA, Po Box 961245 Fort Worth, TX 76161 | | 1,119.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 156,441.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 1,125.00 | 1,125.00 | 1,125.00 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| Schmitt's Truck Repair | 2990-000 | NA | 750.00 | 750.00 | 750.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,905.00 | $ 1,905.00 | $ 1,905.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 6,318.00 | NA | NA | 0.00 |
| | Capital One, Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 3,743.00 | NA | NA | 0.00 |
| | Capital One, Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 331.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 9,131.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 2,856.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 785.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 7,698.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 7,547.00 | NA | NA | 0.00 |
| | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs Po Box 790040 St Louis, MO 63179 | | 5,857.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot, Citicorp Cr Srvs/Bankruptcy Po Box 790040 St Louis, MO 63129 | | 2,334.00 | NA | NA | 0.00 |
| | Citicards Cbna, Citicorp Credit Svc. Bankrupt Po Box 790040 Saint Louis, MO 63179 | | 2,990.00 | NA | NA | 0.00 |
| | Dell Financial Services, Attn: Bankruptcy Po Box 81577 Austin, TX 78708 | | 1,330.00 | NA | NA | 0.00 |
| | Discover Financial, Po Box 3025 New Albany, OH 43054 | | 4,492.00 | NA | NA | 0.00 |
| | Northstar Credit Union, 3s555 Winfield Rd Warrenville, IL 60555 | | 1,624.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank/Amazon, Attn: Bankruptcy Po Box 965060 Orlando, FL 32896 | | 3,968.00 | NA | NA | 0.00 |
| | Synchrony Bank/Sams Club, Attn: Bankruptcy Po Box 965060 Orlando, FL 32896 | | 5,206.00 | NA | NA | 0.00 |
| | Synchrony Bank/Sams, Attn: Bankruptcy Po Box 965060 Orlando, FL 32896 | | 6,044.00 | NA | NA | 0.00 |
| | Synchrony Bank/Sams, Attn: Bankruptcy Po Box 965060 Orlando, FL 32896 | | 3,755.00 | NA | NA | 0.00 |
| | Target, C/O Financial & Retail Srvs Mailstopn BT POB 9475 Minneapolis, MN 55440 | | 3,152.00 | NA | NA | 0.00 |
| | Visa Dept Store /Macy's, Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 5,291.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 6,420.35 | 6,420.35 | 304.93 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 3,769.06 | 3,769.06 | 179.01 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 412.51 | 412.51 | 19.59 |
| 5 | Citibank, N.A. | 7100-000 | NA | 6,030.62 | 6,030.62 | 286.42 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Citibank, N.A. | 7100-000 | NA | 5,440.22 | 5,440.22 | 258.38 |
| 11 | Dell Financial Services, Llc | 7100-000 | NA | 1,473.92 | 1,473.92 | 70.00 |
| 1 | Discover Bank | 7100-000 | NA | 4,751.24 | 4,751.24 | 225.66 |
| 12 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 5,389.43 | 5,389.43 | 255.97 |
| 13 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 6,363.37 | 6,363.37 | 302.22 |
| 8 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 4,127.71 | 4,127.71 | 196.04 |
| 10 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 3,144.48 | 3,144.48 | 149.34 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 2,509.43 | 2,509.43 | 119.18 |
| 14 | Synchrony Bank / Paypal Credit | 7100-000 | NA | 1,193.63 | 1,193.63 | 56.69 |
| 7 | Td Bank, Usa | 7100-000 | NA | 3,612.39 | 3,612.39 | 171.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 84,452.00 | $ 54,638.36 | $ 54,638.36 | $ 2,595.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-37901 | CAD | Judge: | Carol A. Doyle | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | HRISTO SABCHEV | | | | Date Filed (f) or Converted (c): | 12/22/2017 (f) |
| | | | | | 341(a) Meeting Date: | 02/05/2018 |
| For Period Ending: | 02/14/2019 | | | | Claims Bar Date: | 07/06/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 719 Bayside Ct. Wheeling Il 60090-0000 Cook | 178,700.00 | 178,700.00 | | 0.00 | FA |
| 2. 2004 Chrysler Pacifica Mileage: 130,000 Valuation Based On K | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3. 2000 Bmw 740Il Mileage: 150,000 Valuation Based On Kelly Blu | 673.00 | 673.00 | | 0.00 | FA |
| 4. 2003 Volvo Vnl64t670 Mileage: 2,027,601 Valuation By United | 3,000.00 | 7,500.00 | | 4,500.00 | FA |
| 5. 1 Sofa Sleeper Location: 719 Bayside Ct. Wheeling, Il 60090 | 800.00 | 0.00 | | 0.00 | FA |
| 6. Bed, Dining Room Table And 4 Chairs Location: 719 Bayside Ct | 400.00 | 0.00 | | 0.00 | FA |
| 7. Tv, Computer, Cell Phone Location: 719 Bayside Ct., Wheeling | 500.00 | 0.00 | | 0.00 | FA |
| 8. Necessary Man's Wearing Apparel Location: 719 Bayside Ct., W | 500.00 | 0.00 | | 0.00 | FA |
| 9. Cash Location: 719 Bayside Ct., Wheeling Il 60090 | 40.00 | 0.00 | | 0.00 | FA |
| 10. Chase Bank- 1/2 Interest Joint Account With Spouse. Total Ac | 67.00 | 0.00 | | 0.00 | FA |
| 11. Chase Bank (Signatory Rights Only) | 0.00 | 0.00 | | 0.00 | FA |
| 12. Ggs Express Inc. Registered At: 719 Bayside Ct., Wheeling, I | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $185,680.00 $187,873.00 $4,500.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 26, 2018: Received the proceeds from the sale of the truck. I will file a TFR after the claims bar date.

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-37901 | Trustee Name: | RONALD R. PETERSON |
| Case Name: | HRISTO SABCHEV | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9024 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7461 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 02/14/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/18 | 4 | Hristo Ivanov Sabchev | Sale of Truck Back to Debtor Debtor bought back truck and I game him credit for his exemption | 1129-000 | $4,500.00 | | $4,500.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,490.00 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,480.00 |
| 07/09/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,470.00 |
| 08/23/18 | 1001 | Schmitt's Truck Repair | Storage of Truck | 2990-000 | | $750.00 | $3,720.00 |
| 10/26/18 | 1002 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL  60654-3456 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,125.00 | $2,595.00 |
| 10/26/18 | 1003 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 4.75 % per court order. | 7100-000 | | $225.66 | $2,369.34 |
| 10/26/18 | 1004 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Distribution | | | $503.53 | $1,865.81 |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 2 representing a payment of 4.75 % per court order. ($304.93) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 3 representing a payment of 4.75 % per court order. ($179.01) | 7100-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 4 representing a payment of 4.75 % per court order. ($19.59) | 7100-000 | | | |
| 10/26/18 | 1005 | Citibank, N.A. Citibank, N.A. 701 East 60Th Street North Sioux Falls, Sd 57117 | Distribution | | | $544.80 | $1,321.01 |

Page Subtotals: $4,500.00 $3,178.99

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-37901
Case Name: HRISTO SABCHEV
Taxpayer ID No: XX-XXX7461
For Period Ending: 02/14/2019

Trustee Name: RONALD R. PETERSON
Bank Name: Associated Bank
Account Number/CD#: XXXXXX9024
Checking
Blanket Bond (per case limit): $54,824,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Citibank, N.A. | Final distribution to claim 5 representing a payment of 4.75 % per court order. ($286.42) | 7100-000 | | | |
| | | Citibank, N.A. | Final distribution to claim 6 representing a payment of 4.75 % per court order. ($258.38) | 7100-000 | | | |
| 10/26/18 | 1006 | Td Bank, Usa By American Infosource Lp As Agent 4515 N Santa Fe Ave Oklahoma City, Ok 73118 | Final distribution to claim 7 representing a payment of 4.75 % per court order. | 7100-000 | | $171.57 | $1,149.44 |
| 10/26/18 | 1007 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Amazon.Com) Pob 41067 Norfolk, Va 23541 | Final distribution to claim 8 representing a payment of 4.75 % per court order. | 7100-000 | | $196.04 | $953.40 |
| 10/26/18 | 1008 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Distribution | | | $268.52 | $684.88 |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 9 representing a payment of 4.75 % per court order. ($119.18) | 7100-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 10 representing a payment of 4.75 % per court order. ($149.34) | 7100-000 | | | |
| 10/26/18 | 1009 | Dell Financial Services, Llc Resurgent Capital Services Po Box 10390 Greenville, Sc 29603-0390 | Final distribution to claim 11 representing a payment of 4.75 % per court order. | 7100-000 | | $70.00 | $614.88 |
| 10/26/18 | 1010 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Sams Club) Pob 41067 Norfolk, Va 23541 | Distribution | | | $558.19 | $56.69 |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 12 representing a payment of 4.75 % per court order. ($255.97) | 7100-000 | | | |

Page Subtotals: $0.00 $1,264.32

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-37901 | Trustee Name: RONALD R. PETERSON |
| Case Name: HRISTO SABCHEV | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9024 |
| | Checking |
| Taxpayer ID No: XX-XXX7461 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 13 representing a payment of 4.75 % per court order. | ($302.22) 7100-000 | | | |
| 10/26/18 | 1011 | Synchrony Bank / Paypal Credit C/O Weinstein & Riley, Ps 2001 Western Ave., Ste 400 Seattle, Wa 98121 | Final distribution to claim 14 representing a payment of 4.75 % per court order. | 7100-000 | | $56.69 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,500.00 | $4,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,500.00 | $4,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,500.00 | $4,500.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $56.69 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-37901 | Trustee Name: RONALD R. PETERSON |
| Case Name: HRISTO SABCHEV | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0409 |
| | Checking |
| Taxpayer ID No: XX-XXX7461 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 02/14/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0409 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX9024 - Checking | $4,500.00 | $4,500.00 | $0.00 |
|  | $4,500.00 | $4,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,500.00 |
| Total Gross Receipts: | $4,500.00 |

Page Subtotals:　　　　　$0.00　　　$0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*